NUMBER 13-08-00026-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________


IN THE INTEREST OF I.E. AND A.M.V., CHILDREN


_______________________________________________________


On Appeal from the County Court at Law No. 5 


of Nueces County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellant, Timothy Austin Friscia, perfected an appeal from a judgment and order
denying venue entered by the County Court at Law No. 5 of Nueces County, Texas, in
cause number 07-61208-5. Appellant has filed a motion to withdraw his notice of appeal
on grounds that he no longer desires to pursue his appeal.

 The Court, having considered the documents on file and appellant's motion to
withdraw his notice of appeal, is of the opinion that the motion should be granted. See
Tex. R. App. P. 42.1(a). Appellant's motion is GRANTED, and the appeal is hereby
DISMISSED. Costs are taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). 

 Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.


 PER CURIAM



Memorandum Opinion delivered 

and filed this the 6th day of March, 2008.